AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
JAN - 2 2018
David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Roel Ruben RAMOS, YOB: 1973 USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-18-0010-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __12/31/2017__ in __Starr__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute 109 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute 109 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   No

Signature of Complainant
Carlos Mireles, DEA Task Force Officer

approved by AUSA [signature]

Sworn to before me and subscribed in my presence,

January 2, 2018   8:33 am At   McAllen, Texas
Date   City and State

Peter E. Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# Attachment

On December 31, 2017, at approximately 3:00 P.M., while in the Roma, Texas area, a United States Border Patrol Agent observed several subjects running back to the Rio Grande River, towards Mexico, and believed that they had just delivered bundles of narcotics. At that time, Border Patrol Agents responded to the area known as Salinas Crossing (end of Guerra Avenue).

As the Border Patrol Agent relayed this information to other Border Patrol Agents in the area, the Rio Grande City Border Patrol Raid Tower Camera (Tango 2) observed a maroon pickup truck leaving the same area. As a Border Patrol Agent, in a marked patrol unit, approached the intersection of Guerra Avenue and Estrella Street, he observed a maroon pickup truck traveling northbound. The driver, later identified as Roel Ruben RAMOS accelerated as he drove the maroon pickup truck past the Border Patrol Agent. The Border Patrol Agent activated his emergency lights and sirens to attempt a vehicle stop, but the vehicle continued to Highway 83. After turning on to Athens Avenue, RAMOS exited the vehicle while it was still in gear and continued rolling. RAMOS jumped a fence, but was immediately apprehend by Border Patrol Agents.

During a search of the vehicle, Agents seized five (5) bundles of marijuana in the bed of the truck. One (1) additional brick of marijuana, wrapped in clear cellophane, was discovered in the front passenger floor board. The marijuana did field test positive and weighed approximately 109 kilograms.

While at the Rio Grande Border Patrol Office, RAMOS was advised of his Miranda Rights by DEA Task Force Officers but advised he did not want to waive his Miranda Rights. While DEA Task Force Officers were obtaining RAMOS' personal information, RAMOS freely stated that he messed up because he is addicted to crack cocaine and needed the money. RAMOS further advised that he should have listened to his mother and that he had messed up.